# ONE LEGAL LLC
## CONFIRMATION For **Process Serving**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 1755154 | Date: | 9/5/2008 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Customer | WEINBERG, ROGER, & ROSENFELD | Attorney | Linda Baldwin Jones |
| Customer No. | 0000815 | Attorney e-mail | |
| Address | 1001 Marina Village Parkway<br>Suite 200<br>Alameda, CA  94501-1091 | Contact | Joanna Y Son |
| | | Contact e-mail | json@unioncounsel.net |
| | | Contact Phone | 510-371-1001 Ext 140 |
| | | Contact Fax | 510-337-1023 |
| | | Law Firm File Number | 115760 |

### Case Information:

| | |
|---|---|
| Case Number | CV08-3574 |
| County | San Francisco |
| Court | Northern District of California - District |
| Case Short Title | Bensi, et al. vs. FHR Corp. |

### Documents Received:   No. Docs: 9   No. Pgs: 58

Summons; Complaint; Notice of Assignment of Case to a U.S. Magistrate Judge for Trial, Consent and Declination thereon; Welcome Packet; ECF Registration; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Judge Chen; Standing Order Re: Contents of Joint Case Management Statement; Consenting to a Magistrate Judge's Jurisdiction Booklet

Party to Serve: FHR CORPORATION, a Nevada Corporation, doing business as RENO HILTON

Service address: 502 East John Street Carson City, NV  89706

**This is a Confirmation Only.  Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Original Return of Service to follow in the mail. KC<br>Service Status: Served | Standard | 149.00 |
| | Check No. | Total: 149.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
Service Center Branch, Ph: 800-938-8815, Fx: 866-611-7988
Thank you for choosing One Legal for your process serving needs.

AO 440 (Rev. 03/08) Civil Summons                                                    ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Northern District of California

See Attached )   CV 08   3574
_____ )
Plaintiff )
v. ) Civil Action No.
FHR CORPORATION, a Nevada Corporation, doing )
business as RENO HILTON )
_____ )
Defendant

**Summons in a Civil Action**

To: <u>FHR Corporation</u>
   *(Defendant's name)*

A lawsuit has been filed against you.

   Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Linda Baldwin Jones, Bar No. 178922
Andrea Laiacona, Bar No. 208742
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 2 5 2008

Deputy clerk's signature
**ANNA SPRINKLES**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/19/2008 |
| NAME OF SERVER (PRINT) JARED WILSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served: CSC Services of Nevada, Jaime Hamtack, Process Clerk
502 East John Street, Carson City, NC 89706

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/22/2008
Date

*Signature of Server*

One Legal LLC - 504 Redwood Blvd., Ste 223, Novato CA 94947
*Address of Server*

Documents Served:
Summons and Complaint;
Notice of Assignment of Case to a U.S. Magistrate Judge for Trial;
Consent & Declination thereon;
Welcome Packet;
ECF Registration;
Order Setting Initial Case Management Conference & ADR Deadlines;
Standing Order for Judge Chen;
Standing Order Re: Contents of Joint Case Management Statement;
Consenting to a Magistrate Judge's Jurisdiction Booklet

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.