AO 440 (Rev. 03/08) Civil Summons

ORIGINAL

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| See Attached | ) | CV 08 3574 EMC |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| FHR CORPORATION, a Nevada Corporation, doing business as RENO HILTON | ) ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: FHR Corporation
  *(Defendant's name)*

A lawsuit has been filed against you.

  Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Linda Baldwin Jones, Bar No. 178922

Andrea Laiacona, Bar No. 208742

WEINBERG, ROGER & ROSENFELD

1001 Marina Village Parkway, Suite 200

Alameda, CA  94501

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 2 5 2008

Richard W. Wieking
Name of clerk of court

*[signature]*
Deputy clerk's signature
**ANNA SPRINKLES**

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 8/19/2008 |
| NAME OF SERVER (PRINT)<br>JARED WILSON | TITLE<br>PROCESS SERVER ||

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served:  CSC Services of Nevada, Jaime Hamtack, Process Clerk
502 East John Street, Carson City, NC 89706

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/22/2008
         Date

*Signature of Server*: Jared Wilson

One Legal LLC - 504 Redwood Blvd., Ste 223, Novato CA 94947
*Address of Server*

Documents Served:
Summons and Complaint;
Notice of Assignment of Case to a U.S. Magistrate Judge for Trial;
Consent & Declination thereon;
Welcome Packet;
ECF Registration;
Order Setting Initial Case Management Conference & ADR Deadlines;
Standing Order for Judge Chen;
Standing Order Re: Contents of Joint Case Management Statement;
Consenting to a Magistrate Judge's Jurisdiction Booklet

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.