PATRICK H. HICKS, Bar No. 131509
LITTLER MENDELSON
A Professional Corporation
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Facsimile: 702.862.8811

Attorneys for Defendant

LINDA BALDWIN JONES, Bar No. 178922
ANDREA LAIACONA, BAR NO. 208742
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Pkwy. Ste. 200
Alameda, CA 94501
Telephone: 510.337.1001
Facsimile: 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR and LYLE SETTER, in their capacities as Trustees of the PENSION FUND OF STATIONARY ENGINEERS LOCAL 39,<br><br>Plaintiffs,<br><br>v.<br><br>FHR CORPORATION, a Nevada Corporation, doing business as RENO HILTON,<br><br>Defendant. | Case No. CV 08 3574<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** ; ORDER |

Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar and Lyle Setter, as Trustees of the Pension Fund of Stationary Engineers Local 39 (hereinafter "Plaintiffs"), and Defendant FHR Corporation (hereinafter "Defendant") by and through their counsel of record, hereby stipulate and agree as follows:

|   |   |
|---|---|
| 1 | WHEREAS, Plaintiffs commenced this action on July 25, 2008 by filing a Complaint in this |
| 2 | Court; |
| 3 | WHEREAS, on or about August 18, 2008, Plaintiffs served Defendant with a copy of the |
| 4 | Summons and Complaint; |
| 5 | WHEREAS, under Fed. R. Civ. P. 12, Defendant's responsive pleading is due to be filed |
| 6 | with the Court no later than September 8, 2008; |
| 7 |   |
| 8 | WHEREAS, pursuant to L.R. 6-1, the parties stipulate that Defendant has an extension of |
| 9 | time up to and including September 22, 2008 to answer or otherwise respond to the Complaint in this |
| 10 | matter. |

Dated: September 8, 2008

_____
Patrick H. Hicks
Littler Mendelson
Attorney for Defendant


Dated: September ___, 2008

_____
Linda Baldwin Jones
Weinberg, Roger & Rosenfeld
Attorney for Plaintiffs


IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)

FIRMWIDE:86551866.1 013234.7000

2.