ANTHONY L. HALL, ESQ., CA Bar No. 187960
DORA V. LANE, ESQ., CA Bar No. 235113
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: 775.327.3000; Facsimile: 775.786.6179

Attorneys for Third Party Defendant
and Cross-Claimant NAV-RENO-GS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR and LYLE SETTER, in their capacities as trustees of the PENSION FUND OF STATIONARY ENGINEERS LOCAL 39,<br><br>Plaintiff,<br><br>v.<br><br>FHR CORPORATION, a Nevada Corporation, dba RENO HILTON,<br><br>Defendant/Third Party Plaintiff,<br><br>v.<br><br>GRAND SIERRA RESORT CORP., a Nevada Corporation, GRAND SIERRA OPERATING CORP., a Nevada Corporation, and NAV-RENO-GS, LLC, a Nevada Limited Liability Company,<br><br>Third Party Defendants.<br><br>NAV-RENO-GS, LLC, a Nevada Limited Liability Company,<br><br>Cross-Claimant,<br><br>v.<br><br>GRAND SIERRA RESORT CORP., a Nevada Corporation; THOMAS SCHRADE, an individual; DOES 1-10, individuals; and ROE CORPORATIONS 1-10,<br><br>Cross-Defendants. | Case No.: CV-08-3574-~~EMC~~ VRW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE NAV-RENO-GS, LLC'S CROSS-COMPLAINT AGAINST THOMAS SCHRADE** |

1

## STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE
## NAV-RENO-GS, LLC'S CROSS-COMPLAINT AGAINST THOMAS SCHRADE

IT IS HEREBY STIPULATED by and between the parties to this Stipulation that all claims for relief asserted in this action by Cross-Claimant NAV-RENO-GS, LLC against Cross-Defendant Thomas Schrade are hereby dismissed without prejudice, with each party to bear their own fees and costs, including attorneys' fees.

DATED this 24th day of February, 2009.

/s/ Anthony L. Hall

ANTHONY L. HALL, ESQ.
CA Bar No. 187960
DORA V. LANE, ESQ.
CA Bar No. 235113
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: 775.327.3000
Facsimile: 775.786.6179

*Attorneys for Third Party Defendant and Cross-Claimant NAV-RENO-GS, LLC*

DATED this 25th day of February, 2009.

/s/ Megan Dixon

MEGAN DIXON, ESQ.
CA Bar No. 162895
HOGAN & HARTSON LLP
4 Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Phone: 415.374.2300
Fax: 415.374.2499

TODD WIND, ESQ.
(*Pro Hac Vice pending*)
FREDRIKSON & BYRON RA
200 South Sixth Street, Ste. 4000
Minneapolis, MN 55402-1425
Phone: 612.492.7000
Fax: 612.492.7077

*Attorneys for Cross-Defendant Thomas Schrade*

**IT IS SO ORDERED.**

Date: 3/4/2009

/s/ Vaughn R Walker
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Vaughn R Walker

4455066_2

# PROOF OF SERVICE

STATE OF CALIFORNIA
*Bensi v. FHR and related cross-claims*
*(Currently pending before the USDC Northern District of California)*

I am employed in the County of Washoe, State of Nevada. I am over the age of 18 and not a party to the within action. My business address is 5441 Kietzke Lane, Second Floor, Reno, Nevada 89511. On February 26, 2009, I served the foregoing document described as: **STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE NAV-RENO-GS, LLC'S COMPLAINT AGAINST THOMAS SCHRADE**, via electronic service and/or U.S. Mail to the address(es) below:

| | |
|---|---|
| Linda Baldwin Jones, Esq.<br>Kristina Marie Zinnen, Esq.<br>William A. Sokol, Esq.<br>Andrea Laiacona, Esq.<br>WEINBERG, ROGER & ROSENFELD<br>1001 Marina Village Parkway, #200<br>Alameda, CA 94501<br>E-mail: courtnotices@unioncounsel.net<br><br>Attorney for Plaintiffs | Patrick H. Hicks, Esq.<br>Rick Roskelley, Esq.<br>LITTLER MENDELSON<br>3960 Howard Hughes Parkway, Ste. 300<br>Las Vegas, NV 89169<br>E-mail: akoorndyk@littler.com<br>E-mail: rroskelley@littler.com<br><br>Attorneys for Defendant/Third Party Plaintiff<br>FHR Corporation |
| Megan Dixon, Esq.<br>Ryan D. Marsh, Esq.<br>HOGAN & HARTSON LLP<br>4 Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111<br>mdixon@hhlaw.com<br><br>Todd Wind, Esq.<br>Fredrikson & Byron, P.A.<br>200 South Sixth Street, Ste. 4000<br>Minneapolis, MN 55402-1425<br>E-mail: twind@fredlaw.com<br><br>Attorneys for Cross-Defendant Thomas Schrade | Grand Sierra Resort<br>C/O President and Director Thomas Schrade<br>216 McHenry Street<br>Las Vegas, Nevada 89144<br><br>**VIA U.S. MAIL** |

_____ By Facsimile: from (775) 786-6179 to (see above) pursuant to CCP § 1013a, I caused the machine to print a report of the transmission.

__X__ By Mail: I am familiar with the regular mail collection and processing practices of said business, the mail is deposited with the United States Postal Service that same day. I deposited such envelope in the mail at Reno, Nevada. The envelope was mailed with postage thereon fully paid.

_____ By FEDEX Overnight Mail: I am familiar with the firm's practice of collection and processing correspondence for FEDEX Overnight Mail. Under that practice, it would be deposited in the FEDEX box before the last pick-up time at Reno, Nevada, in the ordinary course of business.

| | | |
|---|---|---|
| 1 | | |
| 2 | __X__ | By ELECTRONIC SERVICE: I am familiar with the Court's rules and procedures for filing with the Court via CM/ECF. |
| 3 | _____ | By Messenger Service: I caused our Messenger Service, located at _____, to deliver said envelope to the addressee named above. |
| 4 | | |
| 5 | _____ | * (By Personal Service) I delivered such envelope by hand to the office(s) of the addressee. |
| 6 | __X__ | (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| 7 | | |
| 8 | _____ | (Federal) I declare that I am employed in the office of a member of the Court at whose discretion that service was made. |

Dated: February 26, 2009, at Reno, Nevada.

_____
MARCIA FILIPAS