1  WILLIAM A. SOKOL, Bar No. 072740
   LINDA BALDWIN JONES, Bar No. 178922
2  KRISTINA M. ZINNEN, Bar No. 245346
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the PENSION FUND OF STATIONARY ENGINEERS LOCAL 39<br><br>Plaintiffs,<br><br>v.<br><br>FHR CORPORATION, a Nevada Corporation, doing business as RENO HILTON,<br><br>Defendant.<br><br>v.<br><br>GRAND SIERRA RESORT CORP., a Nevada Corporation, GRAND SIERRA OPERATING CORP., a Nevada Corporation, and NAV-RENO-GS, LLC, a Nevada Limited Liability Company,<br><br>Third Party Defendants,<br><br>v.<br><br>NAV-RENO-GS, LLC, a Nevada Limited Liability Company,<br><br>Cross-Claimant,<br><br>v.<br><br>GRAND SIERRA RESORT CORP., a Nevada Corporation; DOES 1-10, individuals; and ROE CORPORATIONS 1-10,<br><br>Cross-Defendants. | No.  CV-08-3574-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COMPLETING MEDIATION AND EXTENDING DEADLINE FOR DISPOSITIVE MOTION** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation and [Proposed] Order Extending Time for Completing Mediation and
Extending Deadline for Dispositive Motion (Case No. CV-08-3574-EMC)

1    Plaintiffs, Paul Bensi, Bart Florence, Jerry Kalmar and Lyle Setter, Defendant/Third Party Plaintiff FHR Corporation, and Third Party Defendant/Cross-Claimant Nav-Reno-GS, LLC, through their respective counsel, hereby stipulate to and request that the Court continue certain deadlines and motion date in order to allow the parties time to complete mediation and explore a possible resolution of this action without the necessity of further litigation time and expense.

1. This is an ERISA case involving claims for withdrawal liability. On December 11, 2008, Plaintiffs, Defendant/Third Party Plaintiff FHR Corporation and Third Party Defendant/Cross-Claimant Nav-Reno-GS stipulated to participating in mediation.

2. Grand Sierra Operating Corporation and Grand Sierra Resort Corporation have not appeared in this action and default was entered against them on December 15, 2008. Cross-Defendant Thomas Schrade was dismissed without prejudice on March 4, 2009.

3. On March 9, 2009, Plaintiffs Paul Bensi, *et al*., Defendant/Third Party Plaintiff FHR Corporation and Third Party Defendant/Cross-Claimant (hereinafter referred to as "Parties") filed a Stipulation and [Proposed] Order Extending Time for Completing Mediation and Extending Deadline for Dispositive Motion Hearings due to the logistics in scheduling the mediation by February 20, 2009, a copy of which is attached hereto as Exhibit A. The Parties agreed to extend the date to complete mediation to May 1, 2009 and the deadline for hearing dispositive motions to the last available hearing date in July 2009.

4. The Parties were set to engage in mediation with Robert S. Luft, the appointed Mediator in this case, on April 7, 2009. However, on April 6, 2009, Mediator Robert S. Luft informed the parties that due to an emergency, the mediation set for April 7, 2009 would have to be rescheduled.

5. The Mediator proposed new mediation dates of April 10, 2009, April 13, 2009 and April 17, 2009. However, due to the Parties and counsel schedules, the new proposed dates for mediation are not feasible and as a result, the Parties and Mediator are in the process of coordinating a new date for the mediation. The Parties agree that it would be in their interest to engage in mediation prior to hearing any motions in this case and incurring further litigation time

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

and expense.

6. In light of the unforeseen circumstances with the April 7, 2009 mediation session, the Parties agree to extend the deadline, for at least 30 days, for completing mediation and hearing dispositive motions and continue Defendant's Motion to Dismiss.

7. The Parties expect that the requested extension of time will have no adverse effect on the schedule for the case. No trial date has yet been set.

Therefore, Plaintiffs Paul Bensi, *et al*, Defendant/Third Party Plaintiff FHR Corporation, and Third Party Defendant/Cross-Claimant Nav-Reno, through their respective counsel, stipulate and agree as follows:

1. To extend the deadline for completing mediation to June 1, 2009.

2. To extend the deadline for hearing dispositive motions to the last available hearing date near the end of August, 2009

3. To continue Defendant's Motion to Dismiss for at least thirty days to the beginning of June 2009.

Dated: April 7, 2009	WEINBERG, ROGER & ROSENFELD
	A Professional Corporation


	By:	/s/ Linda Baldwin Jones
		LINDA BALDWIN JONES
		Attorneys for Plaintiffs


Dated: April 7, 2009	LITTLER MENDELSON
	A Professional Corporation


	By:	/s/ Rick D. Roskelley
		RICK D. ROSKELLEY
		Attorneys for Defendant and Third Party Plaintiff
		FHR Corporation


Dated: April 7, 2009	HOLLAND AND HART, LLP


	By:	/s/ Anthony L. Hall
		Anthony L. Hall
		Attorneys for Third Party Defendant/Cross-
		Claimant NAV-RENO-GS, LLC

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -
Stipulation and [Proposed] Order Extending Time for Completing Mediation and
Extending Deadline for Dispositive Motion (Case No. CV-08-3574-EMC)

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  The deadline to complete mediation shall be June 1, 2009 and the deadline for hearing

4  dispositive motions shall be extended to the last available hearing date in August, 2009, which is

5  __Aug 27, 2009__. The hearing on Defendant FHR Corporation's Motion to Dismiss Plaintiff's

6  Complaint Or, Alternatively, to Stay All Proceedings and Compel Arbitration ~~shall be continued~~

7  ~~from May 7, 2009 to June 11, 2009.~~ and Third Party Defendant Nav-Reno's Motion for Judgment on the Pleadings shall be continued to July 2, 2009

8  at 2:30 P.M.

9  Dated: __April 9, 2009__

10  _____
    THE HONORABLE VAUGHN R. WALKER

11

12  115760/526668



IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 4 -

Stipulation and [Proposed] Order Extending Time for Completing Mediation and
Extending Deadline for Dispositive Motion (Case No. CV-08-3574-EMC)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001